UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JESSICA L. RODGERS and VICTOR H. BAKER, | § § § |
| Plaintiffs, | § § |
| v. | §  CIVIL ACTION NO. 5:23-cv-00003-XR § |
| CARMAX AUTO SUPERSTORES, INC., | § § § |
| Defendant. | § § |

## CARMAX AUTO SUPERSTORES, INC.'S ADVISORY TO THE COURT

Pursuant to this Court's Standing Order Concerning Removed Cases signed on January 11, 2023, Defendant, CARMAX AUTO SUPERSTORES, INC. ("CarMax" or "Defendant") respectfully the following Advisory to the Court:

a) The date on which the removing party was served with a summons and petition. If the Notice of Removal is filed more than thirty dates after this date, explain why. If removal is based on "other paper," identify the paper (provide if not already provided) and state the date on which it was received.

**ANSWER: CarMax was served with a summons and petition on December 6, 2022. CarMax filed its notice of removal on January 3, 2023 (fewer than 30 dates after service).**

b) Identify whether any defendants who had been served prior to the time of removal are citizens of Texas.

**ANSWER: None.**

c) Identify any defendant who had been served prior to the time of removal who did not formally join in the notice of removal and the reasons therefore (provide copies of written consents, if any, if not already on file.

**ANSWER: None.**

d) Was this case removed from one of the following counties: Atascosa, Bandera, Bexar, Comal, Dimmit, Frio, Gonzales, Guadalupe, Karnes, Kendall, Kerr, Medina, Real, or Wilson? If no, state what county it was removed from.

**ANSWER: Yes.**

        Respectfully submitted,

        By: */s/ Sabrina A. Neff*
        Sabrina A. Neff
        HUSCH BLACKWELL, LLP
        TBN# 24065813
        600 Travis St., Suite 2350
        Houston, Texas 77002
        (713) 647-6800 – Telephone
        (713) 647-6884 – Facsimile
        sabrina.neff@huschblackwell.com

        ATTORNEYS FOR DEFENDANT
        CARMAX AUTO SUPERSTORES, INC.

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing Advisory to the Court has been served upon the following on this the 18th day of January 2023:

William M. Clanton      ***Via CM/ECF***
Law Office of Bill Clanton, P.C.
926 Chulie Dr.
San Antonio, Texas 78216

        By: */s/ Sabrina A. Neff*
        Sabrina A. Neff